AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Kim Adamson, Romeo Aranas, Renee Baker,*
*Russelle Donnelly, James Dzurenda, Brian Egerton,*
*Michael Minev, and Martin Naughton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKY ARBAUGH, | Case No. 3:18-cv-00342-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

Defendants, Kim Adamson, Romeo Aranas, Renee Baker, Russelle Donnelly, James Dzurenda, Brian Egerton, Michael Minev and Martin Naughton, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above captioned action should be dismissed in its entirety with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

///

///

///

///

///

1

\* \* \*

DATED this ___ day of 14, 2021.　　　　DATED this ___ day of ___, 2021.

　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　　By: _____
　　ROCKY ARBAUGH #70144　　　　　　　　DOUGLAS R. RANDS
　　*Plaintiff, Pro Se*　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Case dismissed.

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED;** January 19, 2021

2